IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: LANA GAIL KEMP            CASE NO. 4:15-bk-12905
       DEBTOR(S)                     CHAPTER 7

RECISION OF REAFFIRMATION AGREEMENT

Comes now the Debtor(s), Lana Gail Kemp, by and through her attorney, Knollmeyer Law Office, P.A., and for her Rescission of Reaffirmation Agreement, states:

1. That Debtor hereby rescinds the Reaffirmation Agreement with John Deere Financial which was filed with the Court July 16, 2015.

2. That Debtor's intention is to surrender the secured collateral.

3. That by filing the Rescission herein and mailing a copy to John Deere Financial, Debtor has timely notified the Creditor of her rescission of the reaffirmation agreement.

Dated: July 20, 2015            Knollmeyer Law Office, P.A.
                                        2525 John Harden Dr.
                                        Jacksonville AR 72076
                                        501-985-1760

                                        By:/s/Michael Knollmeyer
                                        Michael Knollmeyer, AR86-105
                                        Laura Grimes, AR96-243
                                        Attorneys for Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on all parties to this action by mailing a copy thereof to the following, or via the CM/ECF system, on this 20th day of July, 2015:

M. Randy Rice                     John Deere Financial
randyrice2@comcast.net        PO Box 6600
                                       Johnston, IA 50131

                                        /s/Michael Knollmeyer
                                        Michael Knollmeyer